## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| JAMES GORDON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.   13-cv-1003 |
| ) | |
| MARC HODGE, *Warden, Lawrence* ) | |
| *Correctional Center*, ) | |
| ) | |
| Respondent. ) | |

## O R D E R  &  O P I N I O N

This matter is before the Court on Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). Petitioner was ordered to file a supplemental brief providing basic facts necessary for Respondent to respond to two of his claims, or face dismissal of these claims. (Order & Opinion, Doc. 9 at 5-6). The claims are 1) Count IX, a claim of a coerced guilty plea, and 2) the argument that recordings of his conversations with a fellow inmate violated his Sixth Amendment rights, which was not a separately enumerated count. Petitioner failed to file the ordered brief despite having been given ample time to respond. Therefore, the two claims listed above are DISMISSED WITH PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). IT IS SO ORDERED.

Entered this 12th day of February, 2013.

                                                                       s/ Joe B. McDade
                                                                      JOE BILLY McDADE
                                                     United States Senior District Judge